UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| JAMES D. NOFFSINGER,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>THE BOARD OF PAROLE CSP SOLANO, et. al.,<br><br>　　　　Respondents. | Case No. 5:22-cv-01531-MEMF (JDE)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the records and files herein, including the original petition (Dkt. 1), the operative amended petition, a combination of the original petition and Petitioner's request for amendment (Dkt. 1 and Dkt. 12, collectively, "First Amended Petition"), Respondent's Answer to the First Amended Petition (Dkt. 17) and supporting records, Petitioner's Reply (Dkt. 24), the Report and Recommendation of the United States Magistrate Judge (Dkt. 28, "Report"), and Petitioner's Objection to the Report (Dkt. 34).

　　　　Having engaged in a _de novo_ review of those portions of the Report to which objections have been made, the Court concurs with and accepts the findings and recommendations of the Magistrate Judge. For clarity, the Court

notes that, in Ground One of the First Amended Petition, Petitioner may be raising Eighth Amendment arguments premised both on his original sentence and his continued incarceration resulting from the denial of parole. ECF No. 1 at 5, 11-14. To the extent Petitioner challenges his original sentence, his claim must be denied for the reasons stated in the Report with respect to Ground One. ECF No. 28 at 4-7. In addition, to the extent Petitioner is challenging in Ground One his continued incarceration resulting from the denial of his parole, his claim fails for the reasons stated in the Report on this issue with respect to Ground Two. Id. at 7, 10-11.

IT IS THEREFORE ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

Dated: May 22, 2023

_____
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge

2