JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| JAMES D. NOFFSINGER, | Case No. 5:22-cv-01531-MEMF (JDE) |
| Petitioner, | **JUDGMENT** |
| v. | |
| THE BOARD OF PAROLE CSP SOLANO, et. al., | |
| Respondents. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge, ECF No. 36,

IT IS ADJUDGED that the operative First Amended Petition is denied and this action is dismissed with prejudice.

Dated: June 12, 2023

_____
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge